Bentley G. Stromberg
CLEMENTS, BROWN & McNICHOLS, P.A.
Attorneys at Law
bstromberg@clbrmc.com
321 13th Street
Post Office Box 1510
Lewiston, Idaho 83501
(208) 743-6538
(208) 746-0753 (Facsimile)
ISB No. 3737

     Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| REBECCA PATTERSON, | ) | |
| | ) | Case No: 3:20-cv-338 |
| Plaintiff, | ) | |
| | ) | NOTICE OF REMOVAL |
| vs. | ) | |
| | ) | |
| CITY OF ELK RIVER, a political | ) | |
| Subdivision of the State of Idaho, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

TO:   Plaintiff, REBECCA PATTERSON, and to your attorney of record CHRISTOPHER
      CALDWELL:

Defendant City of ELK RIVER, a political subdivision of the State of Idaho, hereby gives notice of the removal of this action from the District Court of the Second Judicial District of the State of Idaho, in and for the County of Clearwater, to the United States District Court for the District of Idaho, pursuant to 28 USC §§ 1331, 1441(a) and (c) and 1446:

1.      City of ELK RIVER, a political subdivision of the State of Idaho, is the defendant in a civil action filed in, and presently pending before, the District Court of the Second Judicial District of the State of Idaho, in and for the County of Clearwater, styled as: "Rebecca Patterson, Plaintiff  v. City of Elk River, a political subdivision of the State of Idaho, Defendant", Case No. CV18-20-0067.

2.  The Complaint was filed on March 9, 2020, and the Complaint was served on defendant on June 12, 2020. The Complaint is the initial pleading setting forth the claim upon which this action is based.  This NOTICE OF REMOVAL is timely.

3.  The following consists of the entire state court record and docket sheet filed to date in "Rebecca Patterson, Plaintiff v. City of Elk River, a political subdivision of the State of Idaho, Defendant", Case No. CV18-20-0067, and filed herewith as attachments to this Notice:

> Attachment 1 - Complete Case History
>
> Attachment 2 - Summons - City of Elk River
>
> Attachment 3 – Complaint and Demand for Jury Trial
>
> Attachment 4 -  Answer

NOTICE OF REMOVAL                                 -2-

4.  This action is a civil action, of which this Court has jurisdiction pursuant to 28 USC §§ 1331 and 1441(a) and (c), in that:

A.  Plaintiff alleges that Defendant violated her rights under the American's with Disabilities Act, 29  U.S.C. § 12101 *et seq.*

B.  Plaintiff's Complaint also alleges pendent state law claims.

C.  The action is properly removable by Defendant pursuant to 28 USC § 1441(a) and (c).

5.  Defendant will promptly file a copy of this notice with the Clerk of the District Court of the Second Judicial District of the State of Idaho, in and for the County of Clearwater.

WHEREFORE, Defendants respectfully request that this case proceed before the United States District Court for the District of Idaho as an action properly removed.

DATED this 7th day of July 2020.

CLEMENTS, BROWN & McNICHOLS, P.A.

By ___/s/_____
       BENTLEY G. STROMBERG
       Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of July 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Christopher Caldwell
CALDWELL LAW GROUP, P.L.L.C.
350 N. 9th Street, Suite 500
Boise, ID  83702
Chris@caldwell-law.net


                              /s/
                              Bentley G. Stromberg